UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-337-BO

FILED
JUN 1 5 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KENNETH NORRIS SANDERS | ) | |

The matter before the Court is the Motion To Set the Matter for Trial, (hereinafter "Motion"), filed on June 6, 2012, by the United States to set the remaining counts against the defendant for trial and to exclude the time from the defendant's arraignment and entry of guilty plea to Count One to the date set by the Court for trial on Count Two and Three from computation, pursuant to 18 U.S.C.§3161(h)(3)(A) and 18 U.S.C. §3161(h)(7)(A).

Based on a review of the Motion, and incorporating herein the reasons set forth in the Motion; a review of the pleadings herein; and for good cause shown, in that the ends of justice will be served by the continuance outweigh the best interest of the public and the Defendant to speedy trial, pursuant to 18 U.S.C. §3161(h), the Motion is hereby ALLOWED.

1

The matter is set for trial on the *October Term*_____,
2012, in the United States District Court located in
*E. City*_____, North Carolina, at _____ .m.

SO ORDERED.

This the *14* day of June, 2012.

                                              _____
                                              HONORABLE TERRENCE W. BOYLE
                                              UNITED STATES DISTRICT JUDGE

2