IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-337-BO

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| KENNETH NORRIS SANDERS | ) |

**ORDER SETTING DISCOVERY PERIOD**

On motion by the Government, and no objection by opposing counsel, a discovery period is hereby set in this action to be completed within 90 days from the entry of this order. A hearing will be set at a later date.

SO ORDERED this _15_ day of January, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE