IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-337-BO

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| KENNETH NORRIS SANDERS | ) |

**ORDER EXTENDING DISCOVERY PERIOD**

On motion by the Government, and no objection by opposing counsel, it is

ORDERED that the discovery period is hereby extended, up to and including July 15, 2013.

SO ORDERED this 9 day of May, 2013.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE